McGREGOR W. SCOTT
United States Attorney
CARL M. FALLER
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

FILED

AUG 3 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) CR.NO. 1: 06 CR 0 0 2 9 2 AWI
)
        Plaintiff, ) EX PARTE MOTION TO SEAL
) INDICTMENT PURSUANT
    v. ) TO RULE 6(e), FEDERAL
) FEDERAL RULES OF
AMEN AHMED ALI, et al. ) CRIMINAL PROCEDURE
)
)
        Defendant. )
_____)

    The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on August 31, 2006 charging the above defendants with a violation of Title 18, United States Code, Section 793(g) - Conspiracy to Possess and Transmit Defense Information and other violations, be kept secret until the defendants named in the Indictment are either in custody or have been given bail on this offense; and further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the

1

1  issuance and execution of the warrants.

2  DATED: August __ 2006                    Respectfully submitted,

3                                            McGREGOR W. SCOTT
                                             United States Attorney
4
                                             By /s/ Carl M. Faller
5                                               CARL M. FALLER, JR.
                                                Assistant U.S. Attorney
6

7  ORDERED as prayed this 31st day of August 2006

8                                            /s/ S M Snyder
9                                            U.S. Magistrate Judge
                                             S M SNYDER