McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 01:06-CR-00292 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER TO |
| | ) | CONTINUE MOTION FOR RETURN OF |
| AMEN AHMED ALI, | ) | PROPERTY |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

　　IT IS HEREBY STIPULATED by and between Plaintiff, United States of America and Defendant Amen Ahmed Ali, and his counsel of record, as follows:

　　The parties request the Motion for Return of Property currently scheduled for June 23, 2008 at 9:00 a.m. in Courtroom 2 before District

///
///
///
///
///
///

1

Judge Anthony W. Ishii be continued to July 21, 2008 at 9:00 a.m. in Courtroom 2 before District Judge Anthony W. Ishii.

Dated: June 12, 2008					McGREGOR W. SCOTT
							United States Attorney


							 /s/ Stephanie Hamilton Borchers
							STEPHANIE HAMILTON BORCHERS
							Assistant U.S. Attorney


Dated: June 12, 2008					 /s/ Richard M. Barnett
							RICHARD M. BARNETT
							Attorney for Defendant Amen Ahmed Ali
							(Original signature retained by attorney)

**ORDER**

IT IS SO ORDERED.

**Dated:   June 13, 2008**			     **/s/ Anthony W. Ishii**
							UNITED STATES DISTRICT JUDGE