ERIC GRANT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MOHAMED AL-RAHIMI,<br><br>　　　　　Defendant. | CASE NO. 1:06-CR-00292-JLT<br><br>ORDER |

　　　Based on the United States' Motion to Dismiss, and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, it is HEREBY ORDERED that the Indictment against defendant MOHAMED AL-RAHIMI is dismissed. Any pending arrest warrant is recalled.

IT IS SO ORDERED.

　　Dated:　**September 25, 2025**　　　　　　　　　　　_Jennifer L. Thurston_
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE